IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PULASKI & MIDDLEMAN, LLC,                  No. C-08-3888-SC

      Plaintiff,                                   **ORDER OF RECUSAL**

  v.

GOOGLE INC.

      Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated:   August 15, 2008

                                                SAMUEL CONTI
                                                UNITED STATES DISTRICT JUDGE