David

# FIRST LEGAL SUPPORT SERVICES

**1511 BEVERLY BOULEVARD**
**LOS ANGELES CA 90026**                                    156757.154877
Phone: (213) 250-1111, FAX: (213) 250-1197

6436910

b38.Aaron  Daniel                                          **Assigned To: NANCY  GRADDY**

| | | | |
|---|---|---|---|
| Received: | 08/14/08 | Type of Service: **Normal** | Special: **No** |
| Client: | SAVERI & SAVERI, INC. | | Client ID: SAVSA-SF |
| Attention: | /R. ALEXANDER SAVERI | | |
| Address 1: | 111 PINE STREET | | Phone: 415-217-6810 |
| Address 2: | SUITE 1700 | 0 | |
| City, State Zip: | SAN FRANCISCO, CA 94111 | | |
| Plaintiff | PULASKI & MIDDLEMAN, LLC, ect. | | |
| Defendant | GOOGLE INC. | | |
| Representing: | Plaintiff | Case Number:  CV 08 3888 SC | |
| Court: | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Hearing Date: | Status: 08/19/08 | Last Day to Serve: | Last Day to Sub: |

Serve Docs To:   **GOOGLE INC., a Delaware corporation(155163)**
Description:      Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____
Addresses:       **Business, 08/15/08**
                 **2730 GATEWAY OAKS DRIVE**
                 **SUITE 100**
                 **SACRAMENTO, CA 95833**

Documents:       See 2nd Page for Documents to be Served

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |
|---|---|---|---|
| [P] Personal Service | [S] Substituted Service | [V] Posted at Business | [Y] Certified Mail CCP 415.45 |
| [Q] by Posting and Mailing via Cert | [T] Posting CCP 704.770 | [W] Warm Body CCP 1011 | [Z] First Class Mail CCP 415.46 |
| **Manner:**____ [R] Returned Not Served | [U] Posted At Residence | [X] Posted | |

Date Served: ____ / ____ / ____   **Time Served:(Military)** _____   Served By:_____

Served At:_____ [H]ome, [B]usiness, or [U]sual Place of Mailing ___ [X] For Changes Above in Address Boxs

(3.b.)Person Served_____   Witness Fees: $_____

Race:_____, Sex:_____, Age:_____, Hair:_____, Eyes:_____, Height:_____, Weight:_____

Relationship_____(3.b.)By Leaving Copies With_____

Mailed From_____Mailed Date_____Time_____

+                                                          **156757.154877**

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-217-6810 | | | *For Court Use Only* |

*Attorney for:* Plaintiff

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* PULASKI & MIDDLEMAN, LLC, ect.

*Defendant:* GOOGLE INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 3888 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES.

3. a. *Party served:*      GOOGLE INC., a Delaware corporation
   b. *Person served:*      BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*      2730 GATEWAY OAKS DRIVE<br>SUITE 100<br>SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 15, 2008 (2) at: 9:30AM

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: GOOGLE INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. NANCY GRADDY

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server
        (i)    Independent Contractor
        (ii)   *Registration No.:*    04-010
        (iii)   *County:*    Placer



**First Legal Support Services** SM
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
(916) 444-5111, FAX 443-3111

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

Date:Fri, Aug. 15, 2008

(NANCY GRADDY)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6486910.savsa-sf.154877