1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  LEO P. NORTON (216282) (lnorton@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:     (858) 550-6000
4  Facsimile:      (858) 550-6420

5  Attorneys for Defendant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated, | Case No.  08-CV-03888 SI |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1)** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (Civil L.R. 6-1)
08-CV-03888 SI**

Plaintiff Pulaski & Middleman, LLC ("Plaintiff") and Defendant Google Inc. ("Google"), by and through their respective counsel, stipulate and agree to extend Google's deadline to answer or otherwise respond to the Complaint to on or before September 30, 2008. The extension will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 4, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
LEO P. NORTON (216282)

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: September 4, 2008

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
GUIDO SAVERI (022349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)

By: /s/Cadio Zirpoli
Cadio Zirpoli

Attorneys for Plaintiff PULASKI & MIDDLEMAN, LLC

## ATTESTATION OF FILER

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 4, 2008

COOLEY GODWARD KRONISH LLP

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE INC.

601190 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.   **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1)**
08-CV-03888 SI