IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PULASKI AND MIDDLEMAN LLC, | No. C 08-03888SI |
| Plaintiff, | **NOTICE** |
| v. |  |
| GOOGLE INC, |  |
| Defendant. |  |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 21, 2008, at 2:00 p.m.

Dated: September 8, 2008                                   RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk