COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*pro hac vice application pending*)
(pwillsey@cooley.com)
777 6th Street, NW
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>    Defendant. | Case No. 08-CV-03888 SI<br><br>**NOTICE OF APPEARANCE** |

Michael G. Rhodes of the law firm of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121, (858) 550-6000 hereby enters his appearance as counsel of record for Defendant Google Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**NOTICE OF APPEARANCE**
**08-CV-03888 SI**

Dockets.Justia.com

| | | |
|---|---|---|
| Dated: September 30, 3008 | | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*pro hac vice appl. pending*)<br>LEO P. NORTON (216282)<br><br>/s/Michael G. Rhodes<br>Michael G. Rhodes<br>Attorneys for Defendant<br>GOOGLE INC.<br>Email: rhodesmg@cooley.com |

604703 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**NOTICE OF APPEARANCE**
**08-CV-03888 SI**