COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:	(858) 550-6000
Facsimile:	(858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*admitted pro hac vice*)
(pwillsey@cooley.com)
777 6th Street, NW
Washington, D.C. 20001
Telephone:	(202) 842-7800
Facsimile:	(202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-CV-03888 SI<br><br>**NOTICE OF APPEARANCE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**NOTICE OF APPEARANCE**
**08-CV-03888 SI**

| | |
|---|---|
| 1 | Peter J. Willsey of the law firm of Cooley Godward Kronish LLP, 777 6th Street, N.W., |
| 2 | Washington, D.C. 20001, (202) 842-7800 hereby enters his appearance as counsel of record for |
| 3 | Defendant Google Inc. |

Dated: October 22, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
PETER J. WILLSEY (*admitted pro hac vice*)
LEO P. NORTON (216282)


/s/Peter J. Willsey
Peter J. Willsey
Attorneys for Defendant
GOOGLE INC.
Email: pwillsey@cooley.com

608140 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**NOTICE OF APPEARANCE**
**08-CV-03888 SI**